Kevin R. Schrubb, I
_____
Petitioner

Warden, PBSP et als.
_____
Respondent(s)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

2:08-cv-1208 KJM PC

I, Kevin R. Schrubb, I, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

Kern Valley State Prison
Facility A, Branch 3 8

1. Are you presently employed? ☐ Yes ☑ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. February 2003, $10.00 per hour.

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes ☑ No
   b. Rent payments, interest or dividends?   ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments?   ☐ Yes ☑ No
   d. Gifts or inheritances?   ☐ Yes ☑ No
   e. Any other sources?   ☐ Yes ☑ No

   **FILED**
   JUN - 2 2008
   CLERK, U.S. DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
   BY _____
   DEPUTY CLERK

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes ☑ No

   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __No One._____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __May 9, 2008__      __Kevin R. Schublb, I__
             *Date*                    *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __0__ on account to his credit at the __Kern Valley State Prison__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __N/a__

__5/20/08__                    __Scruggs [signature]__
*Date*                         *Authorized Officer of Institution/Title of Officer*

```
REPORT ID: TS3030 .701                              REPORT DATE: 05/20/08
                                                    PAGE NO:         1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                           PELICAN BAY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 01, 2008 THRU MAY  20, 2008

ACCOUNT NUMBER  : V55932                  BED/CELL NUMBER:
ACCOUNT NAME    : SCHRUBB, KEVIN RAY SR   ACCOUNT TYPE: D
PRIVILEGE GROUP:
                           TRUST ACCOUNT ACTIVITY

            << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL       TOTAL        CURRENT      HOLDS       TRANSACTIONS
  BALANCE        DEPOSITS    WITHDRAWALS  BALANCE      BALANCE     TO BE POSTED

    0.00          0.00        0.00          0.00        0.00         0.00
```

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5-20-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030   .701                          REPORT DATE: 05/20/08
                                                  PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                            KERN VALLEY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: NOV. 01, 2008 THRU MAY  20, 2008

ACCOUNT NUMBER : V55932                BED/CELL NUMBER: FAB800000000231L
ACCOUNT NAME   : SCHRUBB, KEVIN RAY SR    ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                             TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL         CURRENT       HOLDS      TRANSACTIONS
  BALANCE       DEPOSITS    WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
  ---------    ---------    -----------    ---------    ---------    ------------
     0.00         0.00          0.00          0.00         0.00           0.00

                                                  CURRENT
                                                  AVAILABLE
                                                  BALANCE
                                                  ---------
                                                    0.00
                                                  ---------
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
BY [signature]
TRUST OFFICE