IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN R. SCHRUBB, SR.,

        Plaintiff,                      No. CIV S-08-1208 KJM P

    vs.

JAMES TILTON, et al.,

        Defendants.             <u>ORDER</u>

             Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of the 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

             The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

/////

1  In this case, none of the defendants reside in this district. The claim arose in Del
2  Norte County, which is in the Northern District of California. Therefore, plaintiff's claim should
3  have been filed in the United States District Court for the Northern District of California. In the
4  interest of justice, a federal court may transfer a complaint filed in the wrong district to the
5  correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir.
6  1974).
7  Accordingly, IT IS HEREBY ORDERED that:
8  1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
9  and
10  2. This matter is transferred to the United States District Court for the Northern
11  District of California.
12  DATED: June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

15  /mp
schr1208.21