# U.S. District Court
## Eastern District of California – Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:08–cv–01208–KJM

| | |
|---|---|
| (PC) Schrubb v. Tilton et al | Date Filed: 06/02/2008 |
| Assigned to: Magistrate Judge Kimberly J. Mueller | Date Terminated: 06/17/2008 |
| Cause: 42:1983 Prisoner Civil Rights | Jury Demand: None |
| | Nature of Suit: 550 Prisoner: Civil Rights |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Kevin R Schrubb, Sr**           represented by    **Kevin R Schrubb, Sr**
V–55932
Kern Valley State Prison
PO Box 5104
Delano, CA 93216
PRO SE

V.

**Defendant**

**James Tilton**
*Secretary of CDCR*

**Defendant**

**Robert Horel**
*Warden, Pelican Bay State Prison*

**Defendant**

**M.D. Yox**
*Associate Warden, Pelican Bay State Prison*

**Defendant**

**C.E. Ducart**
*Correctional Officer*

**Defendant**

**N. Grannis**
*Correctional Officer*

**Defendant**

**W.E. Wilber**
*Correctional Officer*

**Defendant**

**D W Bradbury**
*Correctional Officer*

**Defendant**

**A. Spalding**
*Correctional Officer*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2008 | Ï 1 | COMPLAINT against all defendants by Kevin R Schrubb, Sr. (MAINTAIN ON PAPER) (Engbretson, K.) (Entered: 06/04/2008) |
| 06/02/2008 | Ï 2 | APPLICATION to Proceed IFP by Kevin R Schrubb, Sr. (Engbretson, K.) (Entered: 06/04/2008) |
| 06/04/2008 | Ï 3 | PRISONER NEW CASE DOCUMENTS ISSUED, Consent Deadline set for 7/7/2008, Screening Deadline set for 12/4/2008. (Attachments: # 1 Order Re Consent) (Engbretson, K.) (Entered: 06/04/2008) |
| 06/04/2008 | Ï | SERVICE BY MAIL: 3 Prisoner New Case Documents served on Kevin R Schrubb Sr. (Engbretson, K.) (Entered: 06/04/2008) |
| 06/17/2008 | Ï 4 | ORDER signed by Magistrate Judge Kimberly J. Mueller on 6/16/08 ORDERING that this court has not ruled on pltf's 2 request to proceed IFP; and this matter is TRANSFERRED to USDC for the Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Yin, K) (Entered: 06/17/2008) |
| 06/17/2008 | Ï | SERVICE BY MAIL: 4 Order, Case Transferred Out to Another District served on Kevin R Schrubb Sr.. (Yin, K) (Entered: 06/17/2008) |